IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**VICTOR LAMAR ROGERS, JR.,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　**Case No. 1:19cv84-MW/GRJ**

**W. SINGER,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** pursuant to 28 U.S.C. § 1914(A)(b)(1) for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on June 18, 2019.**

                                                  s/Mark E. Walker        
                                                **Chief United States District Judge**